**CRIMINAL COMPLAINT**
(Electronically Submitted)

| **United States District Court** | **DISTRICT of ARIZONA** |
|---|---|
| **United States of America**<br>v.<br>**Adan Lopez Gomez**<br>DOB: 1996; Mexico | **DOCKET NO.**<br><br>**MAGISTRATE'S CASE NO.**<br>22-06060MJ |

Complaint for violation of Title 18, United States Code, Section 554(a)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about July 1, 2022, in the District of Arizona, **Adan Lopez Gomez** knowingly and fraudulently exported and sent from the United States, and attempted to export and send from the United States, any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article or object, that is: (510) rounds of .223 caliber, (103) rounds of .556 caliber, (600) rounds of 6.5 mm, (350) rounds of 9mm, (100) rounds of .30 caliber, (20) rounds of .308 caliber, and (50) shells of 12-gauge shotgun ammunition; knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: Title 50, United States Code, Section 4819; Title 15, Code of Federal Regulations, Parts 736.2, 738, and 774; in violation of Title 18, United States Code, Section 554(a).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On July 1, 2022, **Adan Lopez Gomez** attempted to exit the United States and enter the Republic of Mexico through DeConcini Port of Entry in Nogales, Arizona, driving a gold Chevrolet Tahoe with a Mexican license plate.  When U Customs and Border Protection officers asked **Gomez** to stop, he initially did not stop and stared straight ahead. The Tahoe was x-rayed revealing several anomalies in the rear quarter panel area and speaker box. A search of the vehicl revealed several non-factory compartments in the floorboards. Officers located baggies full of ammunition in the no factory compartments, quarter panels, and inside the speaker box. Officers also located a full set of body armor. Off found an approximate total of (510) rounds of .223 caliber, (103) rounds of .556 caliber, (600) rounds of 6.5 mm, (35 rounds of 9mm, (100) rounds of .30 caliber, (20) rounds of .308 caliber, (50) shells of 12-gauge shotgun ammunition and (1100) primers all concealed in the vehicle.

After being advised of and waiving his *Miranda* rights, **Gomez** admitted that he knew there was ammunition in the vehicle. He stated that he was going to be paid for his involvement.

The ammunition that **Gomez** smuggled and intended to export to Mexico is designated on the United States Commerce Control List as prohibited by law for export from the United States into Mexico without a valid license.  **Gomez** does not have a license or any other lawful authority to export ammunition from the United States into Mexico.

MATERIAL WITNESSES IN RELATION TO THE CHARGE: N/A

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is<br>true and correct to the best of my knowledge.<br><br><br>AUTHORIZED AUSA *Sarah B. Houston*  SARAH HOUSTON  *Digitally signed by SARAH HOUSTON Date: 2022.07.01 11:06:34 -07'00'* | SIGNATURE OF COMPLAINANT<br><br>BRET L EARLS  *Digitally signed by BRET L EARLS Date: 2022.07.01 11:02:20 -07'00'* |
|---|---|
|  | OFFICIAL TITLE<br>HSI Task Force Officer Bret L. Earls |

Sworn by telephone  **x**

| SIGNATURE OF MAGISTRATE JUDGE[1)]<br><br>*Lynnette C. Kimmins* | DATE<br>July 1, 2022 |
|---|---|

[1)] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54