GARY M. RESTAINO
United States Attorney
District of Arizona
BRANDON M. BOLLING
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: brandon.bolling@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | CR 22-1544 TUC JCH (BGM) |
|---|---|
| Plaintiff, | |
| v. | GOVERNMENT'S NOTICE OF ADMINISTRATIVE FORFEITURE |
| Adan Gomez-Lopez, | |
| Defendant. | |

The United States of America hereby gives notice that on November 3, 2022, U.S. Department of Homeland Security administratively forfeited the ammunition that was included in the forfeiture allegation of the defendant's Indictment.

Therefore, the government will not pursue the criminal forfeiture against the asset listed in this notice.

DATED this 9th day of January, 2023.

                    GARY M. RESTAINO
                    United States Attorney
                    District of Arizona

                    *S/ Brandon M. Bolling*
                    BRANDON M. BOLLING
                    Assistant United States Attorney

Copy of the foregoing served electronically or by other means this 9th day of January, 2023, to:

Fernanda Munoz, Esq.