JON M. SANDS
Federal Public Defender
**FERNANDA MUÑOZ**
Assistant Federal Public Defender
State Bar No. 034492
*fernanda_muñoz@fd.org*
407 West Congress Street, Suite 501
Tucson, Arizona 85701-1355
Telephone: (520) 879-7500
*Attorney for Defendant*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR22-01544-TUC-JCH (BGM) |
| Plaintiff, | **SENTENCING MEMORANDUM** |
| vs. | |
| Adan Gomez-Lopez, | |
| Defendant. | |

Defendant, Adan Gomez-Lopez, through undersigned counsel, respectfully provides the Court with the attached Sentencing Memorandum. He respectfully asks this Court to sentence him to twelve months and one day. This Memorandum is offered pursuant to 18 U.S.C. §§ 3553(a) and 3583 and *United States v. Booker*, 543 U.S. 220 (2005).

**SENTENCING MEMORANDUM**

**I. Procedural Background**

Mr. Gomez-Lopez is a 26-year-old-man who plead guilty on October 12, 2022, to Smuggling Goods from the United States. Mr. Gomez-Lopez, who is in Criminal History

1

Category I, with an adjusted offense level of 23, for an advisory guideline range of 46 to 57 months. There is no plea agreement in this case.

At the time of sentencing, Mr. Gomez-Lopez will have served approximately 227 days in custody, or about seven and a half months. He respectfully asks this Court to impose a sentence of 12 months and one day, or not more than 18 months in custody.

## II. 18 U.S.C. 3553(a) Factors

### A. Childhood and Life Circumstances

Mr. Gomez-Lopez was born in Sonora, Mexico to the union of Adan Gonzalez (54) and Maria Lopez (49). Adan Sr. is blind due to high blood pressure and diabetes, requiring Maria to care for him around the clock. Because neither can work, they are entirely financially dependent on Mr. Gomez-Lopez. He remembers a childhood free of alcohol, drugs, and abuse. Growing up, he remembers his family struggling financially. Starting at age 7, Mr. Gomez-Lopez accompanied his father into the mountains to collect firewood to sell. *See* PSR ¶ 42. Given the lack of funds, Mr. Gomez-Lopez only completed nine years of schooling. He began working as a mechanic for a motorcycle shop earning $150.00 a week. Because this income was not enough, Mr. Gomez- Lopez also worked as a mason on the weekends.

In addition to supporting his parents, Mr. Gomez-Lopez also has a small family of his own. He started a relationship with Gabriella producing one daughter, Camilla (2). Gabriella also has another daughter, Melanie (6), that Mr. Gomez-Lopez has raised as his own. As Gabriela's letter to the Court indicates, they are struggling. Gabriella works 10-

hour shifts in a tortilla store making handmade tortillas. Her monthly salary is 1,600.00 pesos, or about $85.00. Camila requires milk, diapers and daycare costing 600.00 pesos a month. In addition, Melanie requires elementary school tuition and supplies. Needless to say, Gabriela does not have enough money to survive. Mr. Gomez-Lopez is economically responsible for at least six people, including himself and asks this Court for leniency.

### B. Post Arrest and Future Plans

Since his arrest Mr. Gomez-Lopez has had time to think. He has been away from his family for more than seven months. He misses his daughters, his wife, and his family. He is remorseful and accepts responsibility for his poor decision. Mr. Gomez-Lopez's immediate plans include returning to his family home in Sonora, returning to work as a mechanic in order to provide for his struggling family, and unfortunately, now that his visa has been taken, never enter the country without permission. He has no intention of returning to jail.

### III. Mr. Gomez-Lopez Asks this Court to Consider Similarly Situated Defendants and Impose a Sentence of Not More than 18 Months to Avoid Sentencing Disparities.

Mr. Gomez-Lopez respectfully asks that this Court sentence him to not more than 18 months in custody to avoid sentencing disparities. *See United States v. Diego Mendoza*, CR21-0439-TUC-JCH – 16 months in custody. Mr. Mendoza plead guilty to smuggling an AR-15, 220-cartridge ammunition drum, ammunition pouch, and 883 ammunition links. *See* ECF 42, PSR ¶5. Despite being in Criminal History Category III, and probation's

recommendation of 21 months, this Court sentenced him to 16 months in custody. *See* ECF 53, J&C.

In *United States v. Jose Luis Ibarra-Guerrero*, CR 21-02376-TUC-JGZ, Mr. Ibarra-Guerrero plead guilty to smuggling four 9mm Glocks and eight 9mm magazines. *See* ECF 35, PSR ¶6. Despite being in Criminal History Category II, and probation's recommendation of 36 months, the court sentenced him to ten months in custody. *See* ECF 57, J&C.

Here, Mr. Gomez-Lopez admits he was wrong and accepts responsibility for his actions. Arguably, smuggling four weapons is more dangerous than smuggling bullets. Therefore, this Court should consider Mr. Gomez-Lopez's lack of criminal history and similarly situated defendants when imposing sentence.

**IV.    Conclusion**

Mr. Gomez-Lopez respectfully asks this Court to sentence him to 12 months and one day, or to not more than 18 months in custody given his lack of criminal history, young age and familial responsibilities.

RESPECTFULLY SUBMITTED this    31st day of January 2023.

JON M. SANDS
Federal Public Defender

*/s/ Fernanda Muñoz*
FERNANDA MUÑOZ
Assistant Federal Public Defender

4